IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

MEGAN WHITTINGTON,

    Plaintiff,

v.

SHENANDOAH COUNTY J&DR COURT, et al.,

    Defendants.

Case No. 5:21-cv-00066-TTC

## MOTION TO SEAL

Defendant Shenandoah County Juvenile and Domestic Relations District Court (J&DR District Court), by counsel, moves the Court to permit it to file certain exhibits to its Motion to Dismiss under seal pursuant to Local Rule 9. The Court should permit sealing of these exhibits because they contain documents from juvenile case files that are confidential under Virginia law.

1. Plaintiff Megan Whittington's Complaint and Request for Injunction (Complaint) includes allegations regarding various juvenile court proceedings before the J&DR District Court involving Whittington and her minor son, A.S. *See generally* ECF No. 5, Compl.

2. In response to the Complaint, the J&DR District Court intends to file a Motion to Dismiss and a supporting memorandum of law referencing and attaching as exhibits certain documents from juvenile case files involving A.S. The Court may take judicial notice of these state court records, which address matters that Whittington has specifically raised in the Complaint.

3. Under Virginia law, juvenile case files are confidential and are open to inspection only in certain enumerated contexts. *See* Va. Code § 16.1-305(A), (C). A public official who discloses these records in violation of § 16.1-305 is guilty of a misdemeanor. *See id.* § 16.1-309(A).

4. Section 16.1-305(A)(4) grants access to "[a]ny other person, agency or institution, by order of the court, having a legitimate interest in the case or in the work of the court." The J&DR District Court has entered the attached Order under § 16.1-305(A)(4) granting access to A.S.'s juvenile case files only to the participants in this action. *See* Ex. A, Order (Nov. 24, 2021).

5. Under § 16.1-305, the general public is not permitted to access juvenile case files. Filing documents from A.S.'s juvenile case files in this Court's public court records would violate § 16.1-305 and undermine the confidentiality of these case files and the privacy that A.S. is due.

6. Alternatives to sealing, such as redaction, would not comply with § 16.1-305 or § 16.1-309 and are inadequate to protect the statutory confidentiality of these juvenile case files.

7. The juvenile case file documents should remain sealed for the duration of the action and should be returned to counsel for the J&DR District Court at the conclusion of the action.

For these reasons, the J&DR District Court moves this Court under Local Rule 9 to enter the attached proposed Order permitting the J&DR District Court to file under seal the exhibits containing documents from A.S.'s juvenile case files in support of its Motion to Dismiss. The documents at issue will be tendered to this Court in hard copy for *in camera* review.

Respectfully submitted,

SHENANDOAH COUNTY JUVENILE
AND DOMESTIC RELATIONS
DISTRICT COURT

/s/ Sheri H. Kelly
Counsel

Mark R. Herring
Attorney General of Virginia

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

*Brittany A. McGill, VSB No. 92401
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, VA 23219
Phone: 804-786-0082
Fax: 804-371-2081
bmcgill@oag.state.va.us

*Sheri H. Kelly, VSB No. 82219
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Phone: 276-628-2964
Fax: 276-628-4375
skelly@oag.state.va.us
*Counsel for Defendant Shenandoah County Juvenile and Domestic Relations District Court*

## CERTIFICATE

I hereby certify that on the 29th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Megan Whittington
120 Hottel Road
Woodstock, VA 22664
*Pro se Plaintiff*

RSW Regional Jail VA
Megan Whittington, Inmate
6601 Winchester Road
Front Royal, VA 22630
*Pro se Plaintiff*

By: /s/ Sheri H. Kelly
Sheri H. Kelly