VIRGINIA:

IN THE JUVENILE AND DOMESTIC RELATIONS DISTRICT COURT OF
SHENANDOAH COUNTY

| COMMONWEALTH OF VIRGINIA | ) | | |
|---|---|---|---|
| | ) | | |
| | ) | | |
| v/In re: | ) | Case Nos.: | J-10414-05 |
| | ) | | J-10414-05-01 |
| | ) | | J-10414-06 |
| ALIC COLE STANLEY | ) | | J-10414-08 |
| | ) | | J-10414-09 |
| | ) | | J-10414-10 |

## ORDER

Pursuant to Va. Code § 16.1-305(A)(4), the Court hereby ORDERS that records from the above listed case files may be released to and/or inspected by the following individuals and entities solely for purposes of prosecuting, defending, and/or adjudicating matters in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*, No. 5:21-cv-00066-TTC (W.D. Va. 2021):

1. Judges, clerks, and other staff of the United States District Court for the Western District of Virginia;
2. Megan Whittington, plaintiff in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*, and her counsel, if any;
3. The Office of the Attorney General of Virginia and its agents and employees, as counsel for defendant Shenandoah County Juvenile and Domestic Relations District Court in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*;
4. Shenandoah County, Virginia, its agents and employees involved in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*, and its counsel;
5. The Shenandoah County Department of Social Services, its agents and employees involved in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*, and its counsel;
6. Stephanie Cool-Danner, defendant in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al.* and her counsel; and
7. Heather Frost, defendant in *Whittington v. The Shenandoah County Commonwealth of Virginia, et al* and her counsel.

The Court hereby finds that the above listed individuals and entities have a legitimate interest in the case files. To the extent that any documents from the case files are to be filed in

**EXHIBIT A**

*Whittington v. The Shenandoah County Commonwealth of Virginia, et al.*, the Court directs that the documents be filed under seal to protect their confidentiality under § 16.1-305.

**IT IS SO ORDERED.**

ENTERED: 11 / 24 / 2021

_____
Judge

**EXHIBIT A**