# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

MEGAN WHITTINGTON,

    Plaintiff,

v.

SHENANDOAH COUNTY J&DR COURT, et al.,

    Defendants.

Case No. 5:21-cv-00066-TTC

## ORDER

This matter is before the Court on the Motion to Seal, ECF No. 14, filed by Defendant Shenandoah County Juvenile and Domestic Relations District Court (J&DR District Court). The J&DR District Court has moved the Court to permit it to file under seal certain exhibits containing documents from juvenile case files involving A.S. that are made confidential under Virginia Code § 16.1-305. The Court finds that the motion should be granted on the grounds stated therein.

It is hereby ORDERED that the Motion to Seal is GRANTED, and the J&DR District Court is permitted to file under seal its exhibits containing documents from A.S.'s juvenile case files. These exhibits will remain under seal for the duration of the action.

The Clerk is directed to return the sealed documents to counsel for the J&DR District Court at the conclusion of the action.

ENTERED this _____ day of _____, 2021.

_____
United States District Court Judge