UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| MEGAN WHITTINGTON, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.: 5:21-CV-66 |
| ) | |
| THE SHENANDOAH COUNTY ) | |
| COMMONWEALTH OF VIRGINIA, ) | |
| et al, ) | |
| ) | |
| *Defendants* ) | |

## DEFENDANT SCDSS'S MOTION TO DISMISS

Defendant Shenandoah County Department of Social Services (SCDSS), by counsel, files this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 17, as it is not an entity subject suit and as an arm of the state is entitled to Eleventh Amendment immunity.

For the reasons set forth in its memorandum in support filed herewith, Defendant SCDSS respectfully requests that this Court dismiss the claims against it with prejudice and afford it such other and further relief as this Court deems appropriate.

                                              SHENANDOAH COUNTY DEPARTMENT
                                              OF SOCIAL SERVICES

                                              By Counsel

By:    /s/ Rosalie Pemberton Fessier
         Rosalie Pemberton Fessier
         VSB # 39030
         Brittany E. Shipley
         VSB # 93767
         Attorneys for Defendants SCDSS & Cool-Danner
         Timberlake**Smith**
         25 North Central Avenue

P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   rfessier@timberlakesmith.com
             bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Brittany Ashley McGill, Esquire
> Sheri Hiter Kelley, Esquire
> Office of the Attorney General of Virginia
> 202 North 9th Street
> Richmond, VA   23219
> *Counsel for Shenandoah County J&DR Court*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Megan Whittington
> 120 Hottel Road
> Woodstock, VA   22664
> *pro se plaintiff*

/s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants SCDSS & Cool-Danner
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   rfessier@timberlakesmith.com
             bshipley@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

w:\lib\tsdocs\29403\0086\00343990.docx