**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

**Megan Whittington,**

    **Plaintiff,**

v.                                    **Civil Action No. 5:21-cv-00066**

**The Shenandoah County Commonwealth of Virginia et al,**

    **Defendant.**

## NOTICE

This case is before the Court pursuant to Defendant's Motion to Dismiss filed 12/9/2021. The Court will give Plaintiff twenty-one (21) days from the date of this Notice to submit any further counter-affidavits or other relevant evidence contradicting, explaining or avoiding Defendant's evidence.  Both sides are advised that if documents or affidavits outside the pleadings are submitted by either party, any remaining motion(s) to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure may be considered as motion(s) for summary judgment under Rule 56 of the Federal Rules of Federal Civil Procedure.

If Plaintiff does not respond to Defendant's pleadings, the Court will assume that Plaintiff has lost interest in the case, and/or that Plaintiff agrees with what the Defendant states in their responsive pleading(s).  If Plaintiff wishes to continue with the case, it is necessary that Plaintiff respond in an appropriate fashion.  Plaintiff may wish to respond with counter-affidavits or other additional evidence as outlined above.  <u>However, if Plaintiff does not file some response within the twenty-one (21) day period, the Court may dismiss the case for failure to prosecute</u>.

Issued and mailed this 9th day of December, 2021.

                                                        **JULIA C. DUDLEY, CLERK**

                                   By:    s/J. Vasquez
                                               Deputy Clerk