CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MEGAN WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:21-cv-00066 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE SHENANDOAH COUNTY ) | By: Hon. Thomas T. Cullen |
| COMMONWEALTH OF VIRGINIA, ) | United States District Judge |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is again before the court on Plaintiff Megan Whittington's second motion to reopen her case under Federal Rule of Civil Procedure 60(b)(6). (ECF No. 51.) In the instant motion, Whittington repeats her conclusory grievances against various state actors and institutions stemming from juvenile and custody proceedings involving her son. Contrary to her assertions, however, she does not present any new evidence that constitutes extraordinary circumstances to justify reopening her matter under Rule 60(b)(6). Accordingly, for the same reasons discussed in the court's previous Order (ECF No. 50), Whittington's second motion to reopen her case (ECF No. 51) is **DENIED**.

The Clerk is directed to forward a copy of this Order to the plaintiff and all counsel of record.

**ENTERED** this 26th day of August, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE