CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

NOV 26 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

United States District Court for the Western

District of Virginia

Docket Number 5:21-00066

Megan Whittington, pro se, Alic Stanley

         v.              )     Notice of Appeal

The Shenandoah County
Commonwealth of Virginia et. al,

_Megan Whittington, Alic Stanley_ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the __Fourth__ Circuit from the final judgment entered on __November 1, 2024__ (state the date the judgment was entered).

(s) _[signature]_

Attorney for _pro se_

Address: 120 Hottel Rd
Woodstock Va.
22664

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

---

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC

Megan Whittington
130 Hotel Rd
Woodstock, Va. 22664

**CERTIFIED MAIL**

9589 0710 5270 0899 7647 90    RDC 99

U.S. Court for the Western District of VA
116 N. Main Street
Room: 314
Harrisonburg, Va. 22802




U.S. POSTAGE PAID
FCM LETTER
WOODSTOCK, VA 22664
NOV 22, 2024
$5.86