## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 11/26/24

- ✓ First NOA in Case
- ___ Subsequent NOA-same party
- ___ Subsequent NOA-new party
- ___ Subsequent NOA-cross appeal
- ___ Paper ROA   ___ Paper Supp.

Vols: _____
Other: _____

**District:** WDVA
**Division:** Harrisonburg
**Caption:** Whittington v. The Shenandoah County Commonwealth of Virginia et al

**District Case No.:** 5:21-cv-66
**4CCA No(s). for any prior NOA:**
**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address-Criminal Case:**

**District Judge:** Hon. Thomas T. Cullen

**Court Reporter (list all):**

**Coordinator:** Sherry Taylor

**Fee Status:**
___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
- ___ Defendant proceeded under CJA in district court.
- ___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status (check all that apply):**
- ✓ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals (check any applicable):**
- ✓ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ✓ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals (check any applicable):**
- ___ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

Deputy Clerk: Harrisonburg Deputy   Phone: (540) 434-3181   Date: 11/26/24

10/01/2024 LDJ/CD